IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

XAVIER DEVON'TAE WILLIAMS,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3182

Opinion filed November 6, 2017.

An appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Xavier Devon'tae Williams, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., CONCUR.